IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

      v.           Civil No. 06-5223

ARKANSAS PATIENT TRANSFER, INC.;
ARKANSAS TRANSFER SERVICE, INC.;
DEBBIE J. DRUMMOND; and MICHAEL
NOBLIN                                                                DEFENDANTS

### O R D E R

Now on this 26th day of February, 2007, comes on for consideration the **Motion To Withdraw As Counsel Of Record** (document #11) of attorney Mark F. Hampton, counsel for the defendants, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**. Attorney Hampton is directed to furnish any materials in his possession relating to this case to defendants' current attorney Jason Wales. If attorney Hampton is in possession of any unearned fees in the matter, he is directed to return those monies to defendants.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**